**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION**

| | | |
|---|---|---|
| IN RE: | : | CASE NO. 1:09-cv-0450-WSD |
| | : | |
| RONALD ANDREW POCH, | : | |
| | : | |
| Appellant, | : | Appeal from United States |
| v. | : | Bankruptcy Court for the |
| | : | Northern District of Georgia, |
| DONALD F. WALTON, | : | Case No. 08-68429 |
| United States Trustee, Region 21, | : | |
| | : | |
| Appellee. | : | |

**WITHDRAWAL OF APPELLEE'S MOTION FOR
EXTENSION OF TIME TO FILE BRIEF**

COMES NOW Donald. F. Walton, United States Trustee for Region 21, and here by withdraws his Motion for Extension of Time Within Which to File Appellee's Brief filed in this appeal on June 15, 2009 [Docket No. 14].

DONALD F. WALTON
United States Trustee
Region 21

[Signature of Counsel on Next Page]

s/ *James H. Morawetz*
JAMES H. MORAWETZ
Trial Attorney
Georgia Bar No. 521900

Office of the United States Trustee
362 Richard Russell Building
75 Spring Street, SW
Atlanta, GA 30303
Tel: (404) 331-4437
Fax: (404) 331-4464
E-mail: jim.h.morawetz@usdoj.gov

**CERTIFICATE OF SERVICE**

I certify that I am over the age of 18 and that on this date I caused a true and correct copy of the foregoing Brief to be deposited in the U.S. Mail, first class postage prepaid, addressed as follows:

Ronald Andrew Poch
33 Waterstone Way
Acworth, GA 30101

Done this the 16th day of June, 2009.

s/ *James H. Morawetz*
JAMES H. MORAWETZ
Trial Attorney
Georgia Bar No. 521900