# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF GEORGIA
2211 UNITED STATES COURTHOUSE
75 SPRING STREET, SW
ATLANTA, GEORGIA 30303-3361

**JAMES N. HATTEN**
DISTRICT COURT EXECUTIVE
AND CLERK OF COURT

DOCKETING SECTION
404-215-1655

February 26, 2010

M. Regina Thomas, Clerk
United States Bankruptcy Court
Northern District of Georgia
75 Spring Street, Room 1340
Atlanta, Georgia   30303

    Re:   Civil Action No. 1:09-cv-450-WSD
          Bankruptcy No.  08-68429-MHM

**RONALD ANDREW POCH, Debtor**

Dear Ms. Thomas:

    Enclosed please find the bankruptcy record.  Please acknowledge receipt by returning the enclosed copy of this letter.

    Sincerely,

    James N. Hatten
    District Court Executive
    and Clerk of Court

    By:  /s/  K. Thornton
         Deputy Clerk

Enclosures